# United States Court of Appeals
## For the First Circuit

Nos. 02-2521, 03-1038, 03-1090

CHRISTY PETER MIHOS,

Plaintiff, Appellee/Cross-Appellant,

v.

JANE SWIFT, Individually and in her Official Capacity as the
ACTING GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS,

Defendant, Appellant/Cross-Appellee, and

WILLIAM F. GALVIN, in his Official Capacity as SECRETARY OF THE
COMMONWEALTH OF MASSACHUSETTS,

Defendant.

ERRATA

The opinion of this court issued February 13, 2004, should be
amended as follows:

On page 7, line 6, replace "reversed" with "reserved".